Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−18973−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Emidio Mariani Jr. | Katrina M. Mariani |
| 18 W. Kennedy Dr | 18 W. Kennedy Dr |
| Laurel Springs, NJ 08021 | Laurel Springs, NJ 08021 |

Social Security No.:
   xxx−xx−1099                              xxx−xx−6339

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 27, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 27, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-18973-ABA
Emidio Mariani, Jr.  Chapter 13
Katrina M. Mariani
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Oct 27, 2022      Form ID: 148      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emidio Mariani, Jr., Katrina M. Mariani, 18 W. Kennedy Dr, Laurel Springs, NJ 08021-2762 |
| 519443009 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519443008 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519482667 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Oct 28 2022 00:33:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519445725 | + | EDI: AISACG.COM | Oct 28 2022 00:33:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519455605 | + | EDI: AISACG.COM | Oct 28 2022 00:33:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519442992 | + | EDI: GMACFS.COM | Oct 28 2022 00:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519489156 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 20:44:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519442993 | + | Email/Text: ngisupport@radiusgs.com | Oct 27 2022 20:39:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500A, Jacksonville, FL 32225-8169 |
| 519442994 | + | EDI: WFNNB.COM | Oct 28 2022 00:33:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519442996 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 20:39:00 | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519442998 | + | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 20:39:00 | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519443000 | | EDI: IRS.COM | Oct 28 2022 00:33:00 | Internal Revenue Service, Centralized Insolvency |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519443001 | | EDI: JEFFERSONCAP.COM | Oct 28 2022 00:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519486679 | | EDI: JEFFERSONCAP.COM | Oct 28 2022 00:33:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519443002 | ^ | MEBN | Oct 27 2022 20:39:53 | KML Law Group, PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519443003 | | Email/Text: govtaudits@labcorp.com | Oct 27 2022 20:39:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 519461349 | | Email/Text: EBN@Mohela.com | Oct 27 2022 20:39:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 519443004 | | EDI: PRA.COM | Oct 28 2022 00:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519485448 | | EDI: PRA.COM | Oct 28 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Torrid, POB 41067, Norfolk VA 23541 |
| 519484575 | | EDI: PRA.COM | Oct 28 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 519443006 | + | Email/Text: clientservices@remexinc.com | Oct 27 2022 20:39:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519443007 | + | Email/Text: bkteam@selenefinance.com | Oct 27 2022 20:39:00 | Selene Finance, Attn: Bankruptcy, Po Box 422039, Houston, TX 77242-4239 |
| 519491005 | + | Email/Text: bkteam@selenefinance.com | Oct 27 2022 20:39:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519484760 | + | EDI: AIS.COM | Oct 28 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519443010 | + | EDI: VERIZONCOMB.COM | Oct 28 2022 00:33:00 | Verizon Wireless, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519442995 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519442997 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519442999 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519443005 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor U.S Bank Trust National Association ajennings@raslg.com |
| Harold N. Kaplan | on behalf of Creditor U.S Bank Trust National Association hkaplan@raslg.com  kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Joint Debtor Katrina M. Mariani ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Emidio Mariani  Jr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6